**DECEMBER 20, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| ANDRZEJ ORZECHOWSKI<br>A40 376 163<br><br>ANNA ORZECHOWSKI<br>A 76 677 617<br><br>    Plaintiff,<br><br>v.<br><br>Peter D. KEISLER, Acting Attorney General for the<br>United States of America; Secretary Michael<br>CHERTOFF, U.S. Department of Homeland<br>Security; Acting Director Emilio GONZALEZ,<br>Citizenship and Immigration Services;<br>Ruth DOROCHOFF, United States Citizenship<br>& Immigration Service, Chicago District Director;<br>and the United States of America<br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**07 C 7167**

**JUDGE BUCKLO**
**MAGISTRATE JUDGE ASHMAN**

## COMPLAINT FOR WRIT OF MANDAMUS

NOW COME the Plaintiffs, Andrzej and Anna ORZECHOWSKI ("ORZECHOWSKI"

and "A. ORZECHOWSKI"), by and through their attorneys, Azulay, Horn & Seiden, LLC, and

complains as follows:

## STATEMENT OF ACTION

1.  This action is brought to compel action on the ORZECHOWSKIS' properly filed

Applications to Register Permanent Residence or Adjust Status ("Form I-485") with United States

Citizenship & Immigration Services ("USCIS") at the Chicago Field Office. To

ORZECHOWSKI's detriment, Defendants have failed to adjudicate the Form I-485.

## PARTIES

2. ORZECHOWSKI is a citizen and native of Poland. See Exhibit 1.

3. ORZECHOWSKI filed a Form I-485 on or around September 15, 1997. See Exhibit 3.

4. Defendant Peter KEISLER ("KEISLER"), Acting Attorney General of the United States of America is being sued in his official capacity only. KEISLER is charged with the duties of administrating and enforcing immigration and citizenship laws. 8 U.S.C. § 1103(g)(1) (2007).

5. Defendant Michael CHERTOFF ("CHERTOFF"), Secretary for the Department of Homeland Security ("DHS"), is being sued in his official capacity only. CHERTOFF is charged with the duties of administrating and enforcing immigration and citizenship laws. 6 U.S.C. §§ 271(b)(2), 455(c).

6. Defendant Emilio GONZALEZ ("GONZALEZ"), Director of the USCIS is being sued in his official capacity only. GONZALEZ is charged with supervisory authority over all of USCIS operations, agents and officers. In addition, he has the duty to administer and enforce immigration and citizenship laws. 6 U.S.C. §§ 271(b)(2), 455(c).

7. Defendant Ruth DOROCHOFF ("DOROCHOFF"), the District Director of the USCIS Chicago Field Office, is being sued in her official capacity only. DOROCHOFF is charged with supervisory authority over all of USCIS Chicago Field Office operations and agents and officers acting in their official capacity. In addition, she has the duty to administer and enforce immigration and citizenship laws. 6 U.S.C. §§ 271(b)(2), 455(c).

## JURISDICTION

8.      This court has original jurisdiction to hear both civil actions arising under the laws
of the United States and actions to compel an officer or employee of the United States or any
agency thereof to perform a duty. 28 U.S.C. §§ 1331, 1361. This court also has jurisdiction to
grant declaratory relief under 28 U.S.C. §§ 2201-2202.

9.      This Court has jurisdiction to hear actions arising from claims when an agency or
an officer or employee of a government agency has failed to act in its official capacity and the
person to whom the duty owed has suffered a legal wrong. 5 U.S.C. §702.

10.     This Court maintains jurisdiction over this case because it is brought to compel the
Defendants to perform their duties arising under the laws of the United States and is not barred
by any relevant section of applicable law. *Paunescu v. INS*, 76 F.Supp.2d 896, 900 (N.D. Ill. 1999).
The ORZECHOWSKIS do not seek judicial review of their Form I-485s, but do seek judicial
involvement to continue processing their case to remedy the Defendants' inaction. Id. As such,
this Court has jurisdiction in ORZECHOWSKI's case.

11.     This action is brought because the USCIS and its officers have failed to perform
their duty to adjudicate ORZECHOWSKI's Form I-485 within a reasonable amount of time. Id.
Failure to adjudicate ORZECHOWSKI's Form I-485 has resulted in harm to the
ORZECHOWSKIS.

12.     This action also invokes ORZECHOWSKI's right to due process of the law
guaranteed by the Fifth Amendment of the United States Constitution, over which this Court
retains jurisdiction.

13.     Federal courts retain jurisdiction over adjudication matters when the Immigration and Naturalization Service (now USCIS) refuses to adjudicate their applications. *Iddir v. INS*, 166 F.Supp.2d 1250, 1260 (N.D. Ill. 2001).

14.     The Illegal Immigration Reform and Immigrant Responsibility Act of 1996 ("IIRIRA") does not divest this Court of jurisdiction because the ORZECHOWSKIS are not seeking a review of a denial; they are seeking to have the application adjudicated, which is among the duties conferred upon the Defendants by Congress. Id. at 1256.

## VENUE

15.     Venue lies with this court under 28 U.S.C. § 1391(e). This is an action against officers and agencies of the United States in their official capacities, brought in the district where a Defendant resides and where a substantial part of the events or missions giving rise to ORZECHOWSKI's claim occurred. Id.

16.     The ORZECHOWSKIS' Form I-485s were properly filed and, to the ORZECHOWSKIS' knowledge, remain pending with the USCIS Chicago Field Office.

## EXHAUSTION OF REMEDIES

17.     The ORZECHOWSKIS have exhausted all administrative remedies. *Iddir*, 166 F.Supp.2d at 1256-1257. The ORZECHOWSKIS made numerous inquiries concerning the status of their Form 1-485s, and Defendants have failed to properly respond. Id.

## CAUSE OF ACTION

18.    ORZECHOWSKI is a native and citizen of the Poland, who entered the United States in 1988. **See Exhibit 1 and 2**.

19.    On March 27, 1997, ORZECHOWSKI was married to his current wife, Anna ORZECHOWSKI ("A. ORZECHOWSKI"). A. ORZECHOWSKI is a derivative for ORZECHOWSKI. **See Exhibit 5**.

16.    A. ORZECHOWSKI is a native and citizen of Poland, who entered the United States on a valid B-2 visa on January 25, 1986. **See Exhibits 6 and 7**.

17.    On or around September 15, 1997, ORZECHOWSKI, filed a Form I-485, Application to Register Permanent Residence or Adjust Status. On or around September 15, 1997, A. ORZECHOWSKI, concurrently filed a Form I-485, Application to Register Permanent Residence or Adjust Status. **See Exhibit 3 and 4**.

18.    Defendants acknowledged receipt of ORZECHOWSKI's Form I-485 and A. ORZECHOWSKI's Form I-485. **See Exhibit 3 and 4**.

19.    On December 13, 1999 and January 31, 2001, ORZECHOWSKI and A. ORZECHOWSKI filed a Form I-765, Application for Employment Authorization. **See Exhibit 8**.

20.    On or around May 20, 2004, ORZECHOWSKI and A. ORZECHOWSKI received their Employment Authorization Cards. **See Exhibit 9**.

21.    Plaintiff has not received an interview date based on his approved I-140.

22.    On December 11, 1999, March 13, 2000, November 18, 2002, and March 19, 2003, Plaintiff, through his former counsel, sent status inquiries to the Chicago District Office requesting the status of Plaintiff's Form I-485. **See Exhibit 10**.

23. Currently, the ORZECHOWSKIS' Form I-485s are still pending, despite the fact that they have been pending since September 15, 1997. **See Exhibit 11.**

24. The ORZECHOWSKIS have been greatly damaged by the failure of the Defendants to act in accord with their duties under law.

25. The Defendants delay in processing of the ORZECHOWSKIS' Form I-485 has further deprived the ORZECHOWSKIS of their right to due process under the law that is guaranteed by the Fifth Amendment of the United States Constitution.

26. The Defendants, in violation of the Administrative Procedure Act, 5 U.S.C. §701 *et seq.* are unlawfully withholding and unreasonably delaying action on the ORZECHOWSKIS' Form I-485sand have subsequently failed to carry out the adjudicative functions delegated to them by law with regard to the ORZECHOWSKIS' case.

27. The ORZECHOWSKIS have filed numerous status inquiries with USCIS in the attempt to secure adjudication of their applications, to no avail. Accordingly, the ORZECHOWSKIS were forced to pursue the instant action.

## PRAYER

WHEREFORE, the Plaintiffs, Andrzej and Anna ORZECHOWSKI, request that this

Honorable Court enter an order:

(a)     Requiring Defendants to adjudicate Andrzej and Anna ORZECHOWSKI's
        Application To Register Permanent Residence or Adjust Status (Form I-485);

(b)     Awarding Andrzej and Anna ORZECHOWSKI reasonable attorney's fees pursuant
        to 28 U.S.C. §2412 for failure of the Defendants to perform their duties within a
        reasonable amount of time; and

(c)     Granting such other relief at law and in equity as justice may so require.

Respectfully submitted,

Kevin A. Raica
Attorney for the Plaintiffs

Azulay, Horn & Seiden, LLC
205 North Michigan Avenue, 40th Floor
Chicago, Illinois 60601
Telephone:    312.832.9200
Facsimile:    312.832.9212

## NOTICE OF FILING

To:    Peter D. Keisler                              Ruth Dorochoff
       Acting U.S. Attorney General                  District Director, USCIS
       950 Pennsylvania Avenue, NW                   101 West Congress Parkway
       Washington, D.C. 20530                        Chicago, Illinois 60605
       **Via Certified Mail**                        **Via Certified Mail**

       Emilio Gonzalez                               Michael Chertoff
       Office of Chief Counsel                       Office of General Counsel
       U.S. Dept. of Homeland Security               US Dept. of Homeland Security
       20 Massachusetts Ave., NW Rm. 4025            Washington, D.C. 20528
       Washington, D.C. 20236                        **Via Certified Mail**
       **Via Certified Mail**

       United States Attorney
       219 South Dearborn, 5th Floor
       Chicago, IL 60604
       **Via Hand Delivery**

       PLEASE TAKE NOTICE that on November 7, 2007, Plaintiff filed his Complaint for
Writ of Mandamus with the United States District Court for the Northern District of Illinois a
copy of which is hereby delivered to your office on November 7, 2007.

                                        Kevin A. Raica
                                        Azulay, Horn & Seiden, LLC
                                        Attorney for the Plaintiffs
                                        205 N. Michigan Avenue, 40th Floor
                                        Chicago, Illinois 60601
                                        Telephone: 312.832.9200



# RZECZPOSPOLITA
# POLSKA



# PASZPORT







## Rzeczpospolita Polska

Władze Rzeczypospolitej Polskiej zwracają się z uprzejmą prośbą do wszystkich, których może to dotyczyć o okazanie posiadaczowi tego paszportu wszelkiej pomocy jaka może okazać się niezbędna w czasie pobytu za granicą.

The Authorities of the Republic of Poland kindly request all those whom it may concern to provide the bearer of this Passport all assistance that may be deemed necessary while abroad.

Les autorités de la République de Pologne demandent à toute personne concernée de bien vouloir prêter son assistance au titulaire de ce passeport dans le cas de besoin lors de son séjour à l'étranger.

Правительство Польской Республики обращается с вежливой просьбой ко всем, кого это касается, оказать владельцу этого паспорта всякую необходимую помощь во время его пребывания за границей.

# PASZPORT
## BM4253610



We własnym interesie proszę poniżej wpisać ołówkiem dane osoby lub nazwę instytucji, którą należy powiadomić w razie wypadku.

In your own interest please write down in pencil data concerning Person or Institution to be notified in case of emergency.

NAZWISKO/SURNAME

ADRES/ADDRESS

TELEFON/TELEPHONE

Paszport zawiera 32 strony

This passport contains 32 pages
Ce passeport contient 32 pages,
В паспорте - 32 страницы.

PODPIS POSIADACZA / HOLDER'S SIGNATURE

RZECZPOSPOLITA POLSKA
TYP/TYPE KOD PAŃSTWA WYDAJĄCEGO/CODE OF ISSUING STATE SERIA I NR PASZPORTU/PASSPORT No.
P POL BM42536
NAZWISKO/SURNAME
ORZECHOWSKI
IMIONA/GIVEN NAMES
ANDRZEJ
OBYWATELSTWO/NATIONALITY
POLSKIE/POLISH
DATA URODZENIA/DATE OF BIRTH MIEJSCE URODZENIA/PLACE OF BIRTH
28 GRU/DEC 58 M/M WARSZAWA
DATA WYDANIA/DATE OF ISSUE
14 MAR /MAR 00
MIEJSCE ZAMIESZKANIA/PLACE OF RESIDENCE
DATA UPŁYWU TERMINU WAŻNOŚCI/DATE OF EXPIRY
14 MAR /MAR 10
ORGAN WYDAJĄCY/AUTHORITY PODPIS POSIADACZA (14-17)
KONSUL W
CHICAGO
PASZPORT/PASSPORT

P<POLORZECHOWSKI<<ANDRZEJ<<<<<<<<<<<<<<<<<<<<
BM42536104POL5812288M1003145<<<<<<<<<<<<<<<<8

# PASZPORT
## KONSULARNY



# POLSKA
# RZECZPOSPOLITA
# LUDOWA

---

Nr akt .......... *124/1771/89*

## POUCZENIE

1. Termin ważności paszportu może być przedłużony przez właściwy terytorialnie urząd konsularny. Paszport podlega wymianie po upływie 10 lat od daty jego wystawienia.

2. Utratę lub znalezienie paszportu należy zgłosić do najbliższego urzędu konsularnego, a w Polsce do najbliższego urzędu spraw wewnętrznych albo komisariatu lub posterunku MO.

3. Posiadacz paszportu konsularnego zwolniony jest od obowiązku uzyskania zezwolenia na pobyt czasowy w Polsce nieprzekraczający 6 miesięcy. Przedłużenie pobytu czasowego w Polsce na okres ponad 6 miesięcy wymaga zgody właściwego terytorialnie organu paszportowego.

4. W czasie pobytu w Polsce we wszystkich sprawach paszportowych należy zwracać się do wojewódzkiego urzędu spraw wewnętrznych właściwego ze względu na miejsce pobytu.

5. Paszport w okresie swej ważności uprawnia posiadacza do powrotu do Polski na pobyt stały.

Paszport niniejszy zawiera 48 stron
В настоящем паспорте 48 страниц.
Ce passeport contient 48 pages
This passport contains 48 pages

---

# POLSKA
# RZECZPOSPOLITA LUDOWA

ПОЛЬСКАЯ НАРОДНАЯ РЕСПУБЛИКА
REPUBLIQUE POPULAIRE DE POLOGNE
POLISH PEOPLE'S REPUBLIC

# PASZPORT KONSULARNY

КОНСУЛЬСКИЙ ПАСПОРТ
PASSEPORT CONSULAIRE
CONSULAR PASSPORT

SERIA **K IV**　　NR **0536132**

Paszport jest własnością Polskiej Rzeczypospolitej Ludowej
Настоящий паспорт является собственностью Польской Народной Р...
Le présent passeport constitue ...
Populaire d...
This passport is the property of ...





OBYWATEL POLSKI
CITOYEN POLONAIS

POLISH CITIZEN

polski grójdanin
польский гражданин

Nazwisko i imiona
фамилия и имена
Nom et prénoms
Surname and first names

ORZECHOWSKI ANDRZEJ

nazwisko poprzednie
używane

data i miejsce urodzenia
год и место рождения
date et lieu de naissance
date and place of birth

28-12-1966 WARSZAWA

miejsce zamieszkania
местожительство
lieu de domicile
residence

USA

CHICAGO (państwo)
(miejscowość)

stan cywilny
семейное положение
état civil
marital status

wolny холостой (nezhenaty) celibataire single
żonaty (zonaty) женатый (zhenaty) marié(e) married

RYSOPIS
signalement description

приметы
wzrost
рост taille height
162

oczy
глаза yeux eyes czarne brązowe chère kapiel zielone
niebieskie голубые gris szare szarawe
bleus grey marrons verts
black blue brown green

SERIA K IV NR 0536132

podpis posiadacza
подпись владельца
signature du titulaire
signature of

— 6 —

KONSULAT JENERALNY
POLSKIEJ RZECZYPOSPOLITEJ LUDOWEJ
w CHICAGO

ważny do kraje:
действителен на страны:
valable pour les pays:
valid for countries:

Wszystkich krajów świata
Все страны мира
Tous les pays du monde
All countries of the world

traci swą ważność w dniu
действителен до
expire le
expires on

15.03.1994 CZTERY

15.03.1989R.

dnia

Za Konsula Generalnego
Jerzy Kowal
podpis
Konsul

CHICAGO

— 7 —

data
dato
date

podpis

Ważność paszportu wznawia się do dnia
Срок действия настоящего паспорта продлен до
La validité du passeport est prolongée jusqu'au:
The validity of this passport is renewed up to:

dnia

m. p.

Ważność paszportu wznawia się do dnia
Срок действия настоящего паспорта продлен до
La validité du passeport est prolongée jusqu'au:
The validity of this passport is renewed up to:

dnia

m. p.

podpis

SERIA K IV NR 0536132

DEC-20-2007  13:12      AZULAYSEIDEN LAW GROUP      3128329212      P.013
Immigration and Naturalization Service          **Notice of Action**
Case 1:07-cv-07167    Document 1    Filed 12/20/2007    Page 13 of 29

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>LIN-97-260-50171 | | CASE TYPE  I485   APPLICATION TO ADJUST TO PERMANENT<br>RESIDENT STATUS |
|---|---|---|
| RECEIVED DATE<br>September 15, 1997 | PRIORITY DATE | APPLICANT   A040 376 163<br>ORZECHOWSKI, ANDRZEJ |
| NOTICE DATE<br>September 27, 1997 | PAGE<br>1 of 1 | |

LEONARD S. WHITCUP
WHITCUP & ARCE P.C.
6219 N MILWAUKEE AVE
CHICAGO IL 60646-3730

Notice Type:  Receipt Notice

Amount received: $ 1130.00
Section: Adjustment as direct
         beneficiary of immigrant
         petition

The above application or petition has been received.  It usually takes 120 to 150 days from the date of this receipt for us to process this type of case.  Please notify us immediately if any of the above information is incorrect.  Our customer service phone number is listed below.

We will send you a written notice as soon as we make a decision on this case.  You can also use the phone number below to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 402-437-5218



EXHIBIT

Form I-797C (Rev. 09/07/93)N

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE I485    APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
|---|---|---|
| LIN-97-260-50246 | | |
| RECEIVED DATE | PRIORITY DATE | APPLICANT   A076 677 617 |
| September 15, 1997 | | ORZECHOWSKI, ANNA |
| NOTICE DATE | PAGE | |
| September 27, 1997 1 of 1 | | |

LEONARD S. WHITCUP
WHITCUP & ARCE P C
6219 N MILWAUKEE AVE
CHICAGO IL 60646-3730

Notice Type:   Receipt Notice

Amount received: $ 1130.00

Section: Derivative adjustment

The above application or petition has been received. It usually takes 120 to 150 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect. Our customer service phone number is listed below.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number below to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 402-437-5218



Form I-797C (Rev. 09/07/93)N

# COUNTY OF COOK
## STATE OF ILLINOIS
## OFFICE OF THE COUNTY CLERK

### CERTIFICATION OF MARRIAGE

LICENSE NUMBER: 9707102-0

**B E T W E E N**

GROOM'S NAME: ANDRZEJ                          ORZECHOWSKI
    AGE:  38

**A N D**

BRIDE'S NAME: ANNA                              PERKOSZ
    AGE:  31

**O N**

DATE OF MARRIAGE:        MARCH 27, 1997

WERE UNITED IN MARRIAGE IN THE COUNTY OF COOK, AND STATE OF ILLINOIS

**I N  A**
      CIVIL         CEREMONY
          B Y

NAME: DANIEL PASCALE
OFFICIATE TITLE: JUDGE

**A T**

PLACE OF MARRIAGE: CHICAGO, ILLINOIS

DATE RECORDED:        MARCH 27, 1997
APPLICATION DATE:     MARCH 10, 1997

00510486

This is to certify that this is a true and correct abstract from the official record
filed with the office of the Cook County Clerk.

ISSUED AT: COUNTY BUILDING
      CHICAGO, ILLINOIS 60602-1304

*David D. Orr*

DAVID D. ORR
COUNTY CLERK

04/09/1997        10:45

This copy is not valid unless displaying embossed seals of Cook County and County Clerk signature.    CLK1

THIS DOCUMENT HAS A COLORED BACKGROUND. ANY ALTERATIONS OR ERASURES VOID THIS CERTIFICATE.



EXHIBIT

# RZECZPOSPOLITA POLSKA



# PASZPORT







## Rzeczpospolita Polska

Władze Rzeczypospolitej Polskiej zwracają się
z uprzejmą prośbą do wszystkich, których może to
dotyczyć o okazanie posiadaczowi tego paszportu
wszelkiej pomocy jaka może okazać się niezbędna
w czasie pobytu za granicą.

The Authorities of the Republic of Poland kindly
request all those whom it may concern to provide
the bearer of this Passport all assistance that may
be deemed necessary while abroad.

Les autorités de la République de Pologne
demandent à toute personne concernée de bien
vouloir prêter son assistance au titulaire de ce
passeport dans le cas de besoin lors de son séjour
à l'étranger.

Правительство Польской Республики обраща-
ется с вежливой просьбой ко всем, кого это
касается, оказать владельцу этого паспорта
всякую необходимую помощь во время его
пребывания за границей.

# PASZPORT

## BM4253725



Wo własnym interesie proszę poniżej wpisać ołówkiem dane osoby lub nazwę instytucji, którą należy powiadomić w razie wypadku.

In your own interest please write down in pencil data concerning Person or Institution to be notified in case of emergency.

NAZWISKO/SURNAME

ADRES/ADDRESS

TELEFON/TELEPHONE

Paszport zawiera 32 strony

This passport contains 32 pages
Ce passeport contient 32 pages.
В паспорте - 32 страницы.

PODPIS POSIADACZA / HOLDER'S SIGNATURE

Anna Perkon

RZECZPOSPOLITA POLSKA
PASZPORT/PASSPORT

SERIA I NR PASZPORTU/PASSPORT
BM4253737

POL

P
NAZWISKO/SURNAME
PERKOSZ
ANNA
IMIONA/GIVEN NAMES
POLSKIE/POLISH
OBYWATELSTWO/NATIONALITY
06 PAŹ/OCT 65
DATA URODZENIA/DATE OF BIRTH
K/F BIAŁYSTOK
PŁEĆ/SEX MIEJSCE URODZENIA/PLACE OF BIRTH
23 MAR/MAR 00
DATA WYDANIA/DATE OF ISSUE

NUMER EWIDENCYJNY/PERSONAL NO.

23 MAR/MAR 10
DATA UPŁYWU TERMINU WAŻNOŚCI/DATE OF EXPIRY
KONSUL W
CHICAGO

P<POLPERKOSZ<<ANNA<<<<<<<<<<<<<<<<<<<<<<<<<<<<<
BM4253725 9POL6510064F1003237<<<<<<<<<<<<<<0

# PASZPORT



## POLSKA
## RZECZPOSPOLITA
## LUDOWA

### POUCZENIE

1. Paszport może być wykorzystany tylko zgodnie z celem dla którego został wydany.

2. W czasie pobytu za granicą wszelkie zmiany i uzupełnienia wpisów w paszporcie mogą być dokonywane wyłącznie przez polskie przedstawicielstwo dyplomatyczne lub polski urząd konsularny.

3. O utracie lub znalezieniu paszportu w kraju należy powiadomić organ, który go wydał lub najbliższą jednostkę Milicji Obywatelskiej, a za granicą najbliższe polskie przedstawicielstwo dyplomatyczne lub polski urząd konsularny.

4. Po powrocie do kraju posiadacz paszportu obowiązany jest w terminie dni 7 złożyć paszport organowi, który go wydał lub który jest właściwy ze względu na miejsce zamieszkania posiadacza paszportu.

*Paszport zawiera 36 stron*
*В настоящем паспорте 36 нумерованных страниц*
*Ce passeport contient 36 pages*

## POLSKA
## RZECZPOSPOLITA LUDOWA
## ПОЛЬСКАЯ НАРОДНАЯ РЕСПУБЛИКА
## REPUBLIQUE POPULAIRE DE POLOGNE



# PASZPORT
# ПАСПОРТ
# PASSEPORT

SERIA   PF   NR.   505589

*Paszport ten jest własnością Polskiej Rzeczypospolitej Ludowej*
*Настоящий паспорт является собственностью Польской Народной Республики*
*Le présent passeport constitue la propriété de Pologne*



EXHIBIT
7



OBYWATEL POLSKI
ПОЛЬСКИЙ ГРАЖДАНИН – CITOYEN POLONAIS

nazwisko i imię
*фамилия и имя*
nom et prénom

data urodzenia
*дата рождения*
date de naissance

miejsce urodzenia
*место рождения*
lieu de naissance

miejsce zamieszkania
*местожительство*
domicile

RYSOPIS
ПРИМЕТЫ – SIGNALEMENT

SERIA PF NR 505589

Paszport jest ważny na kraje:
*Паспорт действителен на следующие страны:*
ce passeport est valable
pour les pays suivants:

WSZYSTKIE KRAJE ŚWIATA
ВСЕ СТРАНЫ МИРА
TOUS LES PAYS DU MONDE

na okres do:
*сроком на:*

Zmiany i uzupełnienia wpisów dokonanych na stronie 6.
*Изменения и дополнения к отметкам на странице 6.*
*Modifications et indications complémentaires à la page 6.*

SERIA PF NR 505589

8.

Ważność paszportu wznawia się
na kraje:

Действительность паспорта
возобновляется на следующие
страны:

La validité du passeport est
renouvelée pour les pays suivants:

na okres do:
срока до:

Wszystkie kraje świata
Все страны мира
Tous les pays du monde
All countries of the world

Za Konsula Generalnego

Mieczysław Wilk
Wicekonsul

24. 03. 1988

Zmiany i uzupełnienia wpisów dokonywanych na stronie 8.
Изменения и дополнения к отметкам на странице 8.
Modifications et indications complémentaires à la page 8.

wjazd

powrót

SERIA  PF  NR  505589

9

---

10.

Ważność paszportu wznawia się
na kraje:

Действительность паспорта
возобновляется на следующие
страны:

La validité du passeport est
renouvelée pour les pays suivants:

na okres do:
срока до:

Wszystkie kraje świata
Все страны мира
Tous les pays du monde
All countries of the world

Za Konsula Generalnego

Wojciech Jaromiński
Konsul

31. 03. 1989

---

11.

Ważność paszportu wznawia się na kraje: wszystkie kraje świata,
Действительность паспорта возобновляется на все страны мира,
La validité du passeport est renouvelée pour tous les pays du monde,
The validity of this passport is renewed for all countries of the world,

na okres do:
сроком до:
jusqu'au:
until:

31.03. 1990

Za Konsula Generalnego

Wojciech Jaromiński
Konsul

Chicago, 04.04.1989 r.

SERIA  PF  NR  505589

11

Stemple polskiej kontroli granicznej
*Штампы польского пограничного контроля*
*Estampilles du service de contrôle à la frontière polonatse*

Stemple polskiej kontroli granicznej
*Штампы польского пограничного контроля*
*Estampilles du service de contrôle à la frontière polonatse*

| *wyjazd* | *powrót* | | *wyjazd* | *powrót* |
|----------|----------|--|----------|----------|

**SERIA  PF  NR  505589**

16

1

---

| *wizy* | *визы* | *visas* | *wizy* | *visas* |
|--------|--------|---------|--------|---------|

THE UNITED STATES
OF AMERICA
NONIMMIGRAL...
ISSUED AT
**WARSAW**
B-2  25 JUL 1985
— one —
25 January 1986
Anna
PEKLOSZ

U.S. IMMIGRATION
NEW YORK, N.Y.
SEP 0 7 1985

**ADMITTED**
WIZA NIEUPRAWNIA DO PRACY
BEARER NOT AUTHORIZED TO WORK

20

```
        I  N  S                        I  N  S
      CHICAGO, ILL.                  CHICAGO, ILL.



      12/13/99                       01/31/01


      **0002**                       **0094**
      ORZECHOWSKI ANDRZEJ #          ORZECHWOSKI ANDRZEJ #
      A 40376163 # 9  0007           A 40376163 #
      I-765         100.00           I-765         100.00
      ORZECHOWSKI ANNA               ORZECHOWSKI ANNA #
      A076677617 #                   A 76671617 #
      I-765         100.00           I-765         100.00
      SUBTTL        200.00           SUBTTL        200.00
                 200.00                        200.00
      CHECK         100.00           CHECK         100.00
      CHECK         100.00           CHECK         100.00
      CHANGE          0.00


                 2  ITEMS                      2  ITEMS

       3943 001 001 11:48             9795 001 002 11:38
       THANK YOU                      THANK YOU
```



# EMPLOYMENT AUTHORIZATION CARD

The person identified is authorized to work in the U.S. for the validity of this card.

**NAME** ORZECHOWSKI, ANDRZEJ



INS A# 040-376-163

CARD # MSC0480021155

**Sex**
M



'NOT VALID FOR REENTRY TO U.S.

| CARD VALID FROM | 05/20/04 | EXPIRES | 05/19/05 |



**This card is not evidence of U.S. citizenship or permanent residence.
This document is void if altered, and may be revoked by the
Immigration and Naturalization Service. FORM I-766 Rev. (01-03-96)**



# EMPLOYMENT AUTHORIZATION CARD

The person identified is authorized to work in the U.S. for the validity of this card.

**NAME**  ORZECHOWSKI, ANNA

*Anna Orzechowski*



INS A# 076-677-617

CARD # MSC0480021160

Birth ...........ay    **Sex**
                              **F**
Country ...Birth

...land

...s And Condit...

No...



"NOT VALID FOR REENTRY TO U.S.

**CARD VALID FROM** 05/20/04   **EXPIRES** 05/19/05

**This card is not evidence of U.S. citizenship or permanent residence.
This document is void if altered, and may be revoked by the
Immigration and Naturalization Service.   FORM I-766 Rev. (01-03-96)**

# WHITCUP & ARCE, P.C.

### Attorneys at Law

LEONARD S. WHITCUP
EDWARD A. ARCE
CHRISTOPHER E. KURCZABA

GEORGE D. LEVY
OF COUNSEL

December 11, 1999

6219 NORTH MILWAUKEE AVENUE
CHICAGO, IL 60646-3730
(773) 774-0011
FAX (773) 774-0022

3618 WEST 26TH STREET
CHICAGO, IL 60623
(773) 762-1183
(773) 762-1154

SEVENTH FLOOR-DORAL PLAZA
155 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS 60601
(312) 565-2288

Mr. Bill Abbott
Supervisor
Immigration & Naturalization Service
10 W. Jackson
Chicago, IL 60604

Re:   4th REQUEST
      NEED INTERVIEW FOR I-485
      Priority:    9/27/97
      File #s:     A040 376 163 – ORZECHOWSKI, Andrzej
                   A076 677 617 – ORZECHOWSKI, Anna

Dear Mr. Abbott:

Per our previous conversations regarding the above referenced matter, please note that
the above referenced files have been transferred to INS Chicago by INS Lincoln, but the
applicant's have not yet been set up for an interview. The clients filed their employment
based I-485s with INS Lincoln on 9/27/97, and have not received any response to date.

An issue which may be delaying processing is the fact that the application was
employment based on an approved I-140. We received notice on 8/25/97 that the I-140
was approved (LIN 97-151-52952). We then filed the I-485 applications. We then
received a notice dated April 23, 1998 advising that the I-140 was being transferred to
Chicago for an interview. The transfer of the file to Chicago seems odd given that I-140s
are generally not transferred to Chicago. Please advise if this is affecting processing of
the application.

Also, please advise as soon as possible as to when we can expect to obtain an interview
date based on the approved I-140. A copy of the transfer notices are attached for your
review.

Please advise at your earliest convenience. Thank you.,

Very truly yours,

Christopher Kurczaba

CK/vr



# WHITCUP & ARCE, P.C.

### Attorneys at Law

LEONARD S. WHITCUP
EDWARD A. ARCE
CHRISTOPHER E. KURCZABA

GEORGE D. LEVY
OF COUNSEL

6219 NORTH MILWAUKEE AVENUE
CHICAGO, IL 60646-3730
(773) 774-0011
FAX (773) 774-0022

3818 WEST 26TH STREET
CHICAGO, IL 60623
(773) 762-1183
(773) 762-1154

SEVENTH FLOOR-DORAL PLAZA
155 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS 60501
(312) 565-2288

March 13, 2000

Mr. Bill Abbott
Supervisor
Immigration & Naturalization Service
10 W. Jackson
Chicago, IL 60604

Re:   2nd **Request FILES SIGNIFICANTLY OVERDUE FOR ADJUSTMENT INTERVIEWS**

1. File #s:   A040 376 163 – ORZECHOWSKI, Andrzej
           A076 677 617 – ORZECHOWSKI, Anna
           Priority: 9/27/97
2. File #:    A76 850 941 – SWIERCZEK, Miroslaw
           Priority: 3/10/98
3. File #:    A76 850 713 – DZIUBA, Stanislaw
           Priority: 3/13/98

Dear Mr. Abbott:

Per your request, above are 3 files which are awaiting interviews at INS Chicago on employment based I-485 applications. None of the three files mentioned above have been interviewed despite the fact that processing for interviews is now effective as of May 1998.

I am especially concerned that these files may have been overlooked or mis-categorized. We have written 4 previous requests for scheduling on the first file, and are filing this response for the remaining two.

We would greatly appreciate your checking this situation and advising as soon as possible. Thank you.,

Very truly yours,

Christopher Kurczaba

CK/vr
Enclosure

# WHITCUP & KURCZABA

Attorneys at Law

LEONARD S. WHITCUP
CHRISTOPHER E. KURCZABA

EDWARD A. ARCE
GEORGE D. LEVY          **NOV 2 2 2002**
OF COUNSEL

6219 NORTH MILWAUKEE AVENUE
CHICAGO, IL 60646-3730
(773) 774-0011
FAX (773) 774-0022

3618 WEST 26TH STREET
November 18, 2002          CHICAGO, IL 60623
(773) 762-1183
(773) 762-1164

SEVENTH FLOOR-DORAL PLAZA
165 NORTH MICHIGAN AVENUE
CHICAGO, ILLINOIS 60601
(312) 585-2286

Ms. Deneen Williams
Supervisor
INS
10 W. Jackson
Chicago, IL 60604

Re:   REMINDER – REQUEST FOR REPLY TO
      INQUIRY
      For:  ORZECHOWSKI, Andrzej
            A40-376-163
            ORZECHOWSKI, Anna
            A76671-617
      Why:  10th Request No Reply Since Receipt Letter
            issued on 1/24/02
      Tracking #:CHI020130 104

Dear Ms. Williams:

We would greatly appreciate your checking on the above referenced request for
information, as we have not obtained any reply to date.

Attached is a copy of the previous correspondence sent to **your office, from which we
did not receive a reply OTHER THAN the receipt letter of 1/24/02**

If you have any questions, or require further information, please do not hesitate to contact
me at (773) 774-0011.

Very truly yours,

Christopher Kurczaba

CK/vr
Enclosure

Case 1:07-cv-07167   Document filed 12/20/2007   Page 28 of 29

U.S. Department of Justice
Immigration and Naturalization Service
Chicago District Office

## Status Inquiry Form

Date: 3/19/03

Write your INS "A" number here:

A  40-376-163

**Name of Applicant :**  ORZECHOWSKI, ANDRZEJ

**Mailing Address - C/O**  Christopher Kurczaba , Whitcup & Kurczaba

**Street:**  6219 N. Milwaukee Ave.          **Apt # :**

**City:**  Chicago          **State:**  IL     **Zip Code:**  60646-3730

**Daytime telephone number:** (773) 774-0011     **Date of Birth:**
        **FAX**  (773) 774-0022
                                              Month – Day – Year

Form Type (Check all that apply):
**Citizenship:**
   N-400 ____   N-336 ____   N-600 ____   N-643 ____   N-565 ____

**Adjustment of Status:**

   I-130 ____   I-485 ☑   I-751 ____   I-765 ____   I-824 ____   Other ____

**Filing Date:** 1/24/98

**Interview Date:** NEVER

**Interviewing Officer** (if known): _____

**I want to:** (Check all that apply)
____ **Change my address.**       **Inquire on status of my case**
     (Is new address listed above?)
____ **Submit documents.**        ____ **Request reschedule for:** (circle one)

____ **Other** _____         Interview     Oath     Fingerprinting

**Comments:**
   NEVER INTERVIEWED - ON SECURITY
   SHELF- WAITING 4 YEARS
   FOR ADJUSTMENT INTERVIEW

Inquiries may be made by applicants, beneficiaries, attorneys, and accredited representatives
ONLY.

If you are an attorney or an accredited representative, a G-28 must be attached.
Inquiries may be mailed to: INS, Customer Service, P.O.Box 3616, Chicago, IL 60690
CU 11/01/01

# Case Status Search

Receipt Number:  LIN9726050171

Application Type:  I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO ADJUST STATUS

Current Status:

This case has been sent for a standard interview.

On April 23, 1998, we transferred this case to our CHICAGO, IL location to conduct the interview that is a standard part of processing this I485 APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO ADJUST STATUS. You will be sent a notice when the interview is scheduled, or if the office needs something from you. If you move while this case is pending, call customer service. We process cases in the order we receive them. You can use our processing dates to estimate when this case will be done. This case has been sent to our CHICAGO, IL location. Follow the link below to check processing dates. You can also receive automatic e-mail updates as we process your case. Just follow the link below to register.

If you have a question about case status information provided via this site, or if you have not received a decision from USCIS within the current processing time listed, please contact the USCIS Customer Service at (800) 375  5283 or 1-800-767-1833 (TTY).

