**FILED**

**DECEMBER 20, 2007**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

ORZECHOWSKI, et. al. v. KEISLER, et. al.

Case Number:

**07 C 7167**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ANDRZEJ ORZECHOWSKI, A40 376 163

ANNA ORZECHOWSKI, A 76 677 617

**JUDGE BUCKLO**
**MAGISTRATE JUDGE ASHMAN**

| | |
|---|---|
| NAME (Type or print)<br>~~Kevin Racia~~   *KEVIN A. RAICA* | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ *(signature)* | |
| FIRM<br>Azulay, Horn & Seiden, LLC | |
| STREET ADDRESS<br>205 N. Michigan Ave., 40th Floor | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60601 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER<br>312.832.9200 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐