UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Andrzej Orzechowski, et al.
                    Plaintiff,
v.                                              Case No.: 1:07−cv−07167
                                                Honorable Elaine E. Bucklo
Peter D. Keisler, et al.
                    Defendant.


NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, February 1, 2008:

    MINUTE entry before Judge Elaine E. Bucklo :Status hearing held on 2/1/2008.Status hearing set for 4/25/2008 at 09:30 AM. at which time plaintiff's counsel must appear.Mailed notice(mpj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.