UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | | |
|---|---|---|
| Andrzej Orzechowski<br>(A 40 376 193) | )<br>)<br>) | 07-cv-7167 |
| Anna Orzechowski<br>(A 76 677 617) | )<br>)<br>) | Hon. Judge Bucklo |
| Plaintiffs,<br>v. | )<br>)<br>) | |
| Michael Mukasey, U.S. Attorney General, et al. | )<br>) | |
| Defendants. | ) | |

**MOTION TO DISMISS**
**COMPLAINT FOR WRIT OF MANDAMUS**

NOW COME the Plaintiffs, ANDRZEJ and ANNA ORZECHOWSKI (ORZECHOWSKIS, by and through their attorneys, AZULAYSEIDEN LAW GROUP, and request this Court dismiss the pending action for the following reasons:

1. On December 20, 2007, the Orzechowskis filed a Complaint for Writ of Mandamus with this court complaining that Defendants had not conformed to their duty to adjudicate the Orzechowskis' applications for lawful permanent resident status.

2. That a status hearing was held in this court on February 1, 2008, and continued until April 25, 2008.

3. On March 5, 2008, the Orzechowskis received Notices of Approval of their requests for lawful permanent resident status.

4. That the underlying reason for filing this Complaint for Writ of Mandamus is now moot.

WHEREFORE, Plaintiffs request that the Complaint for Writ of Mandamus filed in this matter be dismissed and the status hearing date set for April 25, 2008, be stricken.

Respectfully submitted,

s/Kevin A. Raica_____

Kevin A. Raica
AzulaySeiden Law Group
205 N. Michigan Avenue, 40th Floor
Chicago, IL 60601
Telephone: 312.832.9200 x160
Facsimile:   312.363.6160
Attorney Number: 6283793

## CERTIFICATE OF SERVICE

I, Kevin A. Raica, hereby certify that on March 14, 2008, the attached Motion to Dismiss Complaint for Writ of Mandamus was served upon counsel for Defendants via electronic filing:

>Assistant U.S. Attorney
>219 S. Dearborn Street, 5th Floor
>Chicago, Illinois 60604

>_s/Kevin A. Raica_____

>Kevin A. Raica
>AzulaySeiden Law Group
>205 N. Michigan Avenue, 40th Floor
>Chicago, IL 60601
>Telephone: 312.832.9200 x160
>Facsimile:  312.363.6160
>Attorney Number: 6283793