**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Andrzej Orzechowski, et al.
                              Plaintiff,

v.                                         Case No.: 1:07−cv−07167
                                           Honorable Elaine E. Bucklo

Peter D. Keisler, et al.
                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, April 9, 2008:


    MINUTE entry before Judge Honorable Elaine E. Bucklo:Plaintiffs' motion to dismiss [8] complaint is granted. Accordingly, this case is dismissed. Status hearing set for 4/25/08 is now vacated. Civil case terminated. Mailed notice(mpj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.